PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.  8:23CR00013 - 001 |
| Tony W. Lake | |

On  May 16, 2022  the above named began a term of supervised release for a period of 20 months in the District of Nebraska. His case originates in the Western District of Missouri, where he completed approximately 16 months of supervision. Mr. Lake's supervision was transferred to the District of Nebraska in May 2022, and a transfer of jurisdiction was completed in January 2023. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

Christopher J. Zimmerer
U.S. Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this  19th  day of  September , 20 23 .

Brian C. Buescher
U.S. District Judge